

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 5, 2008

BY FACSIMILE
The Honorable Barbara S. Jones
United States District Court
Southern District of New York
New York, New York 10007

              Re:  **United States v. Jimmy Yuen**
                   08 Cr. 358 (BSJ)
                   240

Dear Judge Jones:

        The Government respectfully requests an adjournment of at least two weeks of the above-referenced defendant's sentencing, which is currently scheduled for June 12, 2008. Because of an unexpected business trip which the undersigned must make, the Government will be unable to prepare its 5K1 motion by the time of the scheduled sentencing. The defendant, who is bailed, has no objection to the adjournment.

                                          Respectfully submitted,

*Application granted.*
*Sentence adjourned*
*to June 27, 2008 at*
*11:00 Am.*

                                    MICHAEL J. GARCIA
                                    United States Attorney
                                    Southern District of New York

                       By:                                
                                  Harry A. Chernoff
                                  Assistant United States Attorney
                                  (212) 637-2481

**SO ORDERED.**
Dated: 6/9/08
BARBARA S. JONES
U.S.D.J.

cc: Susan G. Kellman, Esq.

TOTAL P.02